IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRYL LYNN DIXON, #161637, | ) | |
| BRIAN CHIARIZIO, #164405, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-cv-266-WHA-CSC |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-CV-248-WHA |
| | ) | |
| KAY IVEY, et.al, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Darryl Lynn Dixon and Brian Chiarizio, inmates presently confined at the Red Eagle Honor Farm, filed this 42 U.S.C. § 1983 complaint challenging the constitutionality of conditions at Red Eagle in light of the COVID-19. However, the Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley*, et al., 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, it is

ORDERED that this case proceed with Darryl Lynn Dixon as the sole plaintiff. The Clerk is hereby DIRECTED to:

1. Open a separate civil action which lists Brian Chiarizio as the plaintiff.

2. Place a copy of the complaint (Doc. 1) and the motion for appointment of counsel (Doc. 2) in the newly opened case.

3. Assign the newly opened case to a District Judge and Magistrate Judge in the normal docketing process.

DONE this 21st day of April, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE