IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN CHIARIZIO, #164405, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-CV-266-WHA |
| | ) | |
| KAY IVEY, et.al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 12, 2020, the Magistrate Judge entered a Recommendation (Doc. #6) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The motion for preliminary injunction is DENIED.

3. This case is DISMISSED without prejudice for the plaintiff's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE this 7th day of July, 2020.

/s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE